**Adam D. Ford** (UTB# 11363)
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: adam.ford@fordcranelaw.com
        matthew.crane@fordcranelaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>                    Plaintiff,<br><br>vs.<br><br>TEPANYAKI LEHI ONE, INC., a Utah Corporation, KITCHEN ENTERPRISES, LLC, a Utah Limited Liability Company, and John Does I – X, XYZ Corporations and/or Limited Liability Companies I- X.<br><br>                    Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:16-CV-289-JNP-DBP<br><br>Judge Jill N. Parrish |

Plaintiff Carolyn Ford and Defendants Tepanyaki Lehi One, Inc., and Kitchen Enterprises LLC, (collectively, the "Parties"), by and through undersigned counsel, stipulate and jointly move the Court for an order dismissing this action with prejudice. The Parties have resolved their dispute and agree that this matter should be dismissed with prejudice. A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

STIPULATED the 6th day of October, 2016.

FORD & CRANE PLLC


s/     Matthew B. Crane
Adam D. Ford
Matthew B. Crane
*Attorneys for Plaintiff*


STIPULATED the 6th day of October, 2016.

RAY QUINNEY & NEBEKER P.C.


s/     Aaron K. Olsen
Aaron K. Olsen
*Attorney for Defendant Kitchen Enterprises, LLC*


STIPULTAED the 6th day of October, 216.

COULTER TATEOKA, P.C.


s/     Derek A. Coulter
Derek A. Coulter
*Attorney for Defendant Tepanyaki Lehi One, Inc.*

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 13th day of October, 2016 I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/     Matthew B. Crane
            Matthew B. Crane