# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>        Plaintiff,<br><br>v.<br><br>TEPANYAKI LEHI ONE, INC. a Utah Corporation, KITCHEN ENTERPRISES, LLC, a Utah Limited Liability Company, and John Does I-X, XYZ Corporations and/or LLCs I-X,<br><br>        Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:16-cv-00289-JNP-DBP<br><br>District Judge Jill N. Parrish |

Before the court is the parties' Stipulated Motion to Dismiss filed jointly on October 13, 2016. (Docket No. 24). The parties have stipulated that they have resolved the controversy between them and have shown good cause that the stipulated motion should be granted.

Accordingly, the Court hereby **GRANTS** the motion to dismiss. Further, the above captioned case and all claims advanced therein are hereby **DISMISSED** with prejudice.

It is so ordered.

DATED this 21st day of October 2016.

                                    BY THE COURT:

                                    Honorable Jill N. Parrish
                                    United States District Court Judge